UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff-Appellee,<br>v.<br>PETER CASH DOYE,<br>          Defendant-Appellant. | Case No.: 20cv895 / 17cr2897 WQH<br><br>**ORDER** |

HAYES, Judge:

The matter before the Court is the Certificate of Appealability arising under 28 U.S.C. § 2255. (ECF No. 192).

**I.   BACKGROUND**

On February 16, 2021, this Court filed an order denying the motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 filed by Defendant Peter Cash Doye. (ECF No. 189).

On March 2, 2021, Petitioner filed a Notice of Appeal (ECF No. 190). On March 17, 2021, the Court of Appeals issued an Order stating:

> The district court has not issued or declined to issue a certificate of appealability in this appeal, which appears to arise under 28 U.S.C. § 2255.

> This case is remanded to the district court for the limited purpose of granting or denying a certificate of appealability at the court's earliest convenience. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).
>
> If the district court issues a certificate of appealability, the court should specify which issue or issues meet the required showing. *See* 28 U.S.C. § 2253(c)(3); *Asrar*, 116 F.3d at 1270. Under *Asrar*, if the district court declines to issue a certificate, the court should state its reasons why a certificate of appealability should not be granted, and the Clerk of the district court shall forward to this court the record with the order denying the certificate. *See Asrar*, 116 F.3d at 1270.

(ECF No. 192).

A certificate of appealability must be obtained by a petitioner in order to pursue an appeal from a final order in a § 2255 habeas corpus proceeding. 28 U.S.C. § 2253(c)(1)(B); Fed. R. App. P. 22(b). A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "[T]he district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted." *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). A certificate should issue where the prisoner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right, and whether the district court was correct in its procedural ruling. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Upon review of the record in this case, the Court concludes that petitioner has not shown that his claims of ineffective assistance of counsel make a substantial showing of the denial of a constitutional right.

///

## II.   CONCLUSION

IT IS HEREBY ORDERED that the Motion for Certificate of Appealability is denied.

Dated:  May 3, 2021

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court